**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RICHARD HELMS SR.,** | **Case No. 5:19-cv-3264-JDW** |
| *Petitioner,* | |
| v. | |
| **MARK GARMAN, et al.,** | |
| *Respondent.* | |

## ORDER

AND NOW, this 19th day of August, 2020, upon review of the Report and Recommendation of Magistrate Judge David Strawbridge (ECF No. 11) and upon consideration of Petitioner Richard Helms' Reconsideration and Objections (ECF No. 12), for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1.   Petitioner's Objections are **OVERRULED**;

2.   The Report and Recommendation is **APPROVED** and **ADOPTED**;

3.   The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** without an evidentiary hearing;

4.   No certificate of appealability shall be issued; and

5.   The Clerk of Court shall mark this case closed.

**SO ORDERED:**

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge